In the Matter of BETTY FLOYD, Appellant, v GLENN GARDENS ASSOCIATES et al., Respondents.

Submitted January 17, 2017; decided March 30, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of BETTY FLOYD, Appellant, v GLENN GARDENS ASSOCIATES et al., Respondents.

Submitted February 27, 2017; decided March 30, 2017

Motion for a stay dismissed as academic.

FOR THE PEOPLE THEATRES OF N.Y., INC., Doing Business as FAIR THEATRE, Plaintiff, and JGJ MERCHANDISE CORP., Doing Business as VISHANS VIDEO, Also Known as MIXED EMOTIONS, Respondent, v CITY OF NEW YORK et al., Appellants.

TEN'S CABARET, INC., Formerly Known as STRINGFELLOW'S OF NEW YORK, LTD., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Submitted March 27, 2017; decided March 30, 2017

Reported below, 131 AD3d 279.

Motion by First Amendment Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of JENNIFER L., Appellant, v GERALD S., JR., Respondent.

In the Matter of GERALD S., JR., Respondent, v JENNIFER L., Appellant.

In the Matter of MELINDA L.-B., Respondent, v GERALD S., JR., Appellant, and JENNIFER L., Respondent. (And Another Action.)

Submitted February 14, 2017; decided March 30, 2017

Reported below, 145 AD3d 1581.